IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES M. BUTLER, III and CHOLE BUTLER,<br><br>    Plaintiffs,<br><br>v.<br><br>UNIFIED LIFE INSURANCE COMPANY, HEALTH PLANS INTERMEDIARIES HOLDINGS, LLC, D/B/A HEALTH INSURANCE INNOVATIONS, HEALTH INSURANCE INNOVATIONS, INC., ALLIED NATIONAL, INC., NATIONAL BROKERS OF AMERICA, INC., THE NATIONAL CONGRESS OF EMPLOYERS, INC., and DOES 1-10,<br><br>    Defendants. | **Cause No.** _____ |

**PLAINTIFF'S MOTION TO ENFORCE SUBPOENA**

Plaintiffs, Charles M. Butler III and Chole Butler, by and through undersigned counsel, hereby move for an order compelling Defendant National Brokers of America, Inc. to respond to Plaintiffs' subpoena to produce documents in compliance with Federal Rule of Civil Procedure 45. In support of this Motion, Plaintiffs hereby incorporate by reference, as if fully set forth herein, the accompanying memorandum of law and exhibits. A proposed form of order is also included.

                                       Respectfully submitted,

                                       */s/ Benjamin E. Gordon*
                                       Benjamin E. Gordon (Pa. ID No. 311741)
                                       STRADLEY RONON STEVENS & YOUNG, LLP
                                       2005 Market Street, Suite 2600
                                       Philadelphia, PA 19103
                                       T: (215) 564-8000
                                       F: (215) 564-8120
                                       E: bgordon@stradley.com

                                       - and -

        John Morrison, Esq. (*of counsel*)
        MORRISON SHERWOOD
        WILSON DEOLA PLLP
        401 North Last Chance Gulch, P.O. Box 557
        Helena, Montana 59624
        T: (406) 442-3261
        F: (406) 443-7294
        E: john@mswdlaw.com

*Attorneys for Plaintiffs,*
*Charles M. Butler, III and Chole Butler*

Dated:  January 7, 2019